# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 OCT 22 P 12:00
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Michael Ramon Thomas

Mayweather SR

SPN #79092 / Doc# 559657

v.

(Full name of defendant(s))

Racine County Jail

Sheriff Christopher Schmaling

Case Number:

__18-C-1680__

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
(State)

__Racine County Jail 717 Wisconsin Ave Racine, WI 53403__
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Racine County Jail - Sheriff Schmaling__
(Name)
is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

Complaint – 1

and (if a person) resides at 9 _____
                                                                    (Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for Racine county Sheriffs department 730 wisconsin Ave Racine, WI 53403
                                                                    (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.  Who violated your rights;
2.  What each defendant did;
3.  When they did it;
4.  Where it happened; and
5.  Why they did it, if you know.

Racine county Jail - Schmaling have violated my rights as an inmate for both the county and once I returned as a DOC inmate from May 31st 2017 til february 2018 then from May 2018 til present and continuing until my release on November 20th 2018 while being housed at Racine county Jail (RCJC) I have been housed with state inmates as a county inmate and county inmates as a state inmate I have been denied my rights as a DOC inmate I returned and was moved to the segregation unit on 4B unit/10 cell in day room 2 for 6 days I went 12 hours a day 8:00 am - 8:00 pm without may sleeping mattress between the dates of 6-15-18 and 6-25-18 also during my entire time of incarceration at Racine county Jail my 1st and 8th amendments have been violated
Complaint – 2

and my DAI policy and procedure rights as a prisoner in the state of Wisconsin as follows: All Department of Corrections inmates are subjected to a minimum of 5 hours of outdoor recreation and or the use of weight machines and the use of a track to assure a physical and mental well-being of each individual inmate this is a violation of my 8th amendment because Racine county jail provides none of this also under DAI policy to express my religious beliefs and I am allowed to attend all of the same religious services as the Department of Corrections has to provide such as spiritual AA and NA, study groups and at a minimum 1 church service per week also by them housing us improperly, I am subjected to be housed with other state inmates in a designated unit only made for Department of Corrections inmates to assure and provide safety and security of both myself and county jail inmates aswell as to assure that none of my DAI and or Constitutional rights are violated due to the Wisconsin 303 also this states that recreation is not in an optional form but is a necessary requirement also this does not include time out of a cell or time in the dayroom that does not have adequate weight machines or to the minimum a pull up and dip station also we are subjected to a hot lunch and dinner Racine county jail serves us bag dinners 2 sandwhiches and a cookie with 1 piece of fruit which is also a violation and our diet is less than 3600 calories a day. See yellow legal writing paper for the rest of complaint

Complaint – 3

1

So as for the 5 hours a week minimum of recreation, I forgot the time setting also on the date of September 28th 2018 between 7:00am - 7:50am I was woken up for breakfast and head count I attempted to get off the top bunk in cell 5 on 4B and fell off injuring my left knee and my right forearm I had both bruising as swelling C/O RM 9463 called the nurse and I filled out a medical slip they came to see me on October 5th, I believe I also wrote a 893.82 Notice of injury and complaint about this also we need proper bathrooms the ~~deputies~~ c/os will lock us down due to Lt. Friends orders if we cover ourselves from being exposed in nudity when we use the bathroom also the bunks in which we sleep in do not have proper structures or materials to aid in climbing up or down nor do they have something to aid in fall prevention on the sides also on the dates that I was in the hole I was fasting and I chose to do so for 14 days which is allowed for my religious beliefs I had also notified the chaplain Anthony Balesteri about it because I had done a 21 day fast about a year prior from August 1st til August 22nd while in seg I was on day 4 and the nurse came to check on me and ask why I fasted or chose to fast and took my weight I was 214 lbs and my vitals I was cleared and healthy in the middle of the night between 12am - 5am they chose to get me for "Medical Reasons" and told me I'm to be held in intake until I stopped my fast which is breaking the 1st amendment of freedom of speech and religion I also notified the chaplain of this also while being housed at (RAJC) we are not allowed pay rates that Doc canteen charges but an amount about 4 times that at county rates and we are unable to order I care packages or out of the catalogs but county inmates can order the I care packages and tablet premiums also when we apply for 75% - 85% they send it to the same judge and District attorney office that sentenced us or we almost always get denied that is an injustice thats like having an appeal in the same manner →

and sets us up for failure. The same prosecution whom sentenced us is the same to review and then ultimately deny our release even like in my case for a simple bail jumping I was denied. That's an injustice

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like money in the amount of $250,000.00 as well as the correction of how the establishment is ran and for the federal government to make sure it happens as well as the state inmates to receive state canteen and the ability to use the restroom behind a door like a bathroom stall not in the open and un protected and exposed to violations of the prea act as well as I want 75% - 85% petitions to be handled and denied or approved by an entirely different district or court thats not your county court officials

E.  JURY DEMAND

   I want a jury to hear my case.

   ☒ – YES     ☐ – NO


I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___11___ day of __October__ 20_18_.

   Respectfully Submitted,

   _____
   Signature of Plaintiff

   DOC #559657 – SPN# 79092
   Plaintiff's Prisoner ID Number

   1168 Albert st Racine, WI 53404
   _____
   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5